IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GRM Resources Pte. Ltd., | * | |
| Plaintiff, | * | Civil Action No. 21-cv-2170-KPF-NF |
| v. | * | ECF Case |
| XCoal Energy & Resources, et al., | * | IN ADMIRALTY |
| Defendant and Garnishees. | * | **MEMO ENDORSED** |

### NOTICE TO WITHDRAW MOTION FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT AND MOTION FOR APPOINTMENT OF SERVICE

Plaintiff GRM Resources Pte. Ltd. hereby withdraws its Motion for Issuance of Process of Maritime Attachment and Garnishment [ECF 8] and Motion for Appointment for Service of Process of Maritime Attachment and Garnishment [ECF 10].

Dated: March 19, 2021.

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone:   410-783-5795
Facsimile:   410-510-1789
Email:  jssimms@simmsshowers.com

Counsel for GRM Resources Pte. Ltd.

### CERTIFICATE OF SERVICE

I hereby certify that, on March 19, 2021, I filed the foregoing on the Court's CM/ECF electronic filing system for service on all parties of records.

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice* pending)

Application GRANTED. The Clerk of Court is directed to terminate the motions at docket entries 8 and 10.

Dated:   March 29, 2021          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE